# EXHIBIT B



# PROPOSED IMPROVEMENT
## 141 COIT STREET
## IRVINGTON, NEW JERSEY 07111
## FLOOR & FRAMING PLANS

EXISTING WAREHOUSE
141 COIT STREET
IRVINGTON, NEW JERSEY 07111

EXISTING FLOOR PLANS

BABS ENGINEERING, PC
930 STUYVESANT AVE. SUITE 16
UNION, NEW JERSEY
908-206-1736 TEL.
908-206-1783 FAX



Case 2:25-cv-02347-ES-JSA    Document 1-3    Filed 04/07/25    Page 3 of 6 PageID: 42



# TOWNSHIP OF IRVINGTON
MUNICIPAL BUILDING
CIVIC SQUARE
IRVINGTON, NEW JERSEY 07111
*www.irvington.net*

## ZONING PERMIT APPLICATION
*PLEASE PRINT*

**TONY VAUSS**
Mayor

**TED GREEN**
Housing Director

**RUDY INCE**
Construction Official

DEPARTMENT OF HOUSING SERVICES
DIVISION OF BUILDING CONSTRUCTION
TELEPHONE 973-416-5732
FAX 973-416-5716

**Derrick James**
*Zoning Officer*

$50.00 Fee Paid by Money Order/Check No. _____

☐ **APPROVED ZONING PERMIT**

**Referral to:**
☐ Planning Board      ☐ Zoning Board of Adjustment

**Other Actions:**
☐ Application Incomplete Need:
   ☐ Survey
   ☐ Plot Plan
   ☐ Other

☐ Initial      ☐ Amended

Notes:

---

Application #: _____  Date of Application **4/20/17**

Location of Property **137 Coit st, Irvington, NJ 07111**

Block **222** Lot **5** Zone _____ Lot Width _____ Lot Depth _____

Name of Applicant _____ Owner ☒ Tenant ☐ Phone **(973) 384-5597**

Address **141 Coit st** _____ City **Irvington** State **NJ**

### Application for USE
☒ New Principal Permitted Use
☐ Change/Expansion of Use
☐ New/Change In Accessory Use
☐ Current Use Is Non-Conforming
☐ Change of Occupancy/Tenancy
☐ Conditional Use
☐ Temporary Use

### Application for STRUCTURE
☐ Principal Structure
☐ Accessory Structure
☐ Addition or Renovation
☐ Fence
☐ Pool
☐ Cell Tower, or Satellite Dish
☐ Sign

### Describe CURRENT USE
VACANT ☒ (previous use)      OCCUPIED ☐ (describe use)

> *Bottling Water Company*

Describe PROPOSED Use *(Fill in Reverse Side of the Application)*

> *Event Hall for baby shower, Birthday Parties, etc*

I affirm that information I provide on this application is true. Any omissions, inaccuracies or failure to make full disclosures may delay or revoke the permit for being issued under false pretenses.

Applicants Signature _____  Date **04/20/2017**

*Continue application on reverse side*

Case 2:25-cv-02347-ES-JSA   Document 1-3   Filed 04/07/25   Page 4 of 6 PageID: 43

G50 Productions Inc
141 Gott St.
Irvington, NJ 07111-3303

1023

DATE 4/21/17

PAY
TO THE
ORDER OF   Township of Irvington                    $ 50. = =

Fifty                                                    DOLLARS

WELLS
FARGO   Wells Fargo Bank, N.A
        New Jersey
        wellsfargo.com

FOR  Event Hall Zoning Permit

⑈000000l023⑈ ⑈02l20002S⑈ 27Sl486297⑈



Tony Vauss
Mayor

**Department of Housing Services**
Ted R. Green, Director
1 Civic Square
Irvington, New Jersey 07111
973-416-5732

Rudy Ince
Construction Official

Derrick James
Zoning Officer

# ZONING PERMIT

**1138 GROVE ST.**
Block  222        Lot  5        Qual:

Owner:   141 COIT STREET LLC,

Bldg Use:   IND.

Dimensions 125 X IRREG

Permit No.   **Z-128-222-5-2017**

Fee Paid   $ 50.00

Date Filed:   April 20, 2017

**Applicant Information**
NNANNA OKORO
158 MYRTLE AVENUE IRVINGTON NJ. 07111
973-384-5597

**Action Taken**

Approved Conforming

**Proposed Use**

EVENT CENTER  FOR SOCIAL ACTIVITIES (137 COIT ST, 1ST FLOOR LEVEL,IRVINGTON, NJ 07111)

Signature of Zoning Officer

DERRICK JAMES

Date of Action:    April 28, 2017

Date Amended: