# EXHIBIT C



141 COIT ST., LLC
141 COIT ST.
IRVINGTON, NJ 07111-3388

1044

55-2/212 8726
3761363479

PAY TO THE ORDER OF  Township of Irvington

$ 300.==

Three hundred                                                                    DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
New Jersey
wellsfargo.com

DATE  8/4/17

FOR 141 Coit St. Event Hall CCO.

⑆000000⑆044⑈ ⑆021200025⑈ 3751353479⑈



Township of Irvington
Civic Square
Irvington, NJ 07111
973 - 399-6610

CCO Number: 3319

Control Number: 40532
Application Date: 08/22/2017
CCO Date: 08/22/2017

## REQUEST FOR CERTIFICATE OF CONTINUED OCCUPANCY

### IDENTIFICATION

**OWNER/PROPERTY DETAILS**

Block: 222    Lot: 5    Qualification Code:
Work Site Location:    141 COIT ST. AKA 1138 GROVE ST. IRVINGTON NJ 07111

Contractor:

Owner In Fee:    141 COIT STREET LLC

Address:

Address:    141 COIT ST. AKA 1138 GROVE ST.

IRVINGTON NJ 07111

Telephone:    ()

Telephone:    (973) 384-5597

Lic. No. / Bldrs. Reg. No.:

Use Group(s):    B

Federal Emp. No.:

is hereby granted permission to perform the following work :

[ X ]BUILDING          [ X ]PLUMBING          [ ] DEMOLITION

[ X ]ELECTRICAL        [ X ]FIRE PROTECTION    [ ] OTHER

[ ]ELEVATOR DEVICES    [ ]MECHANICAL

[ ]ASBESTOS ABATEMENT  [ ]LEAD HAZARD ABATEMENT

(Subchapter 8 only)

| PAYMENTS | (Office Use Only) |
|---|---|
| Building | |
| Electrical | |
| Plumbing | |
| Fire Protection | |
| Elevator Devices | |
| Mechanical | |
| VolFee (DCA) | |
| AltFee (DCA) | |
| DCA Minimum Fee | $0.00 |
| Other Fees | |
| CO Fee | |
| CCO Fee | $300.00 |
| Minimum Fee | |
| **Total** | **$300.00** |
| All Fees Waived: | No |

DESCRIPTION OF WORK:
C C O - G50 EVENT HALL - (G50 PRODUCTIONS, INC) - NNANNA C. OKORO - 973-384-5597

ESTIMATED COST OF WORK:

Cost of Construction:          0.00

Cost of Rehabilitation:        0.00

Cost of Demolition:            0.00

Total Cost:          $0.00

| | |
|---|---|
| **Amount to be Paid:** | **$300.00** |
| Check Number: | BC1031 |
| Check amount: | $300.00 |

Don Nolton

Date  8/22/17

Construction Official

| | |
|---|---|
| Collected by: | DN |
| Receipt No: | |
| Total Cash Amount: | |
| Total Check Amount: | $300.00 |
| Total CC Amount: | |
| Grand Total: | $300.00 |

Note:

45532
CCO 519

CERTIFICATION

222                    5
141 Coit St
Irvington, NJ 07111
141 Coit St LLC
141 Coit St
Irvington, NJ 07111
973 384-5597

Nnanna C. Okoro
158 Myrtle Ave
Irvington, NJ 07111
973 384-5597

ACTION

☐ CERTIFICATE OF OCCUPANCY
☒ CERTIFICATE OF CONTINUED OCCUPANCY
☐ LEAD HAZARD ABATEMENT CERTIFICATE OF CLEARANCE
☐ TEMPORARY CERTIFICATE OF OCCUPANCY

G50 Lofts & lounge (G50 Productions Inc)
141 Coit St
Irvington, NJ 07111

FIRE INSPECTOR _____

8/04    Date of Approval _____

ELECTRICAL INSPECTOR _____

8/23    Date of Approval    8/30/17 _____

PLUMBING INSPECTOR _____

8/22    Date of Approval    8/22/17 _____

BUILDING INSPECTOR _____

8/22    Date of Approval _____

PERMITS OFFICER _____

Date of Approval _____

Case 2:25-cv-02347-ES-JSA   Document 1-4   Filed 04/07/25   Page 6 of 6 PageID: 51



TOWNSHIP OF IRVINGTON
CIVIC SQUARE
IRVINGTON, NJ 07111
973-399-6610

# CERTIFICATE
## IDENTIFICATION

Date Issued:  09/20/2017
Control #:  40532
CCO #:  5519

Block:  222         Lot: 5         Qual: _____

Work Site Location:  141 COIT ST. AKA 1138 GROVE ST.

IRVINGTON NJ 07111

Owner in Fee:  141 COIT STREET LLC

Address:  141 COIT ST. AKA 1138 GROVE ST.

IRVINGTON  NJ 07111

Telephone:  973 384-5597

Agent/Contractor: _____

Address: _____

Telephone: _____

Lic. No./ Bldrs. Reg.No.: _____     Federal Emp. No.: _____

Social Security No.: _____

Home Warranty No: _____
Type of Warranty Plan:  [  ] State [ X ] Private
Use Group:  B
Maximum Live Load: _____
Construction Classification: _____
Maximum Occupancy Load: _____
Certificate Exp Date: _____
Description of Work/Use:
  C C O - G50 EVENT HALL - (G50 PRODUCTIONS, INC) - NNANNA C. OKORO - 973-384-5597

Update Desc. of Wk/Use: _____

[  ]   **CERTIFICATE OF OCCUPANCY**

This serves notice that said building or structure has been constructed in accordance with the New Jersey Uniform Construction Code and is approved for occupancy.

[  ]   **CERTIFICATE OF APPROVAL**

This serves notice that the work completed has been constructed or installed in accordance with the New Jersey Uniform Construction Code and is approved.   If the permit was issued for minor work, this certificate was based upon what was visible at the time of inspection.

[  ]   **TEMPORARY CERTIFICATE OF OCCUPANCY/COMPLIANCE**

If this is a temporary Certificate of Occupancy or Compliance, the following conditions must be met no later than   or will be subject to fine or order to vacate:

[  ]   **CERTIFICATE OF CLEARANCE-LEAD ABATEMENT 5:17**

This serves notice that based on written certification, lead abatement was performed as per NJAC 5:17, to the following extent:

[ ] Total removal of lead-based paint hazards in scope of work

[ ] Partial or limited time period(_____ years): see file

[ X ]   **CERTIFICATE OF CONTINUED OCCUPANCY**

This serves notice that based on a general inspection of the visible parts of the building there are no imminent hazards and the building is approved for continued occupancy.

[  ]   **CERTIFICATE OF COMPLIANCE**

This serves notice that said potentially hazardous equipment has been installed and/or maintained in accordance with the New Jersey Uniform Construction Code and is approved for use until

Don Nolton   Construction Official

C.C.C 260 (rev. 5/03)            1 - APPLICANT   2 - OFFICE   3 - TAX ASSESSOR

Fees:  $300.00
Paid[ X ]Check No.:  BC1031
Collected by:  DN