# EXHIBIT E

# JOSEPH D. ROTELLA

## ATTORNEY AT LAW

24 Commerce Street
Suite 1726
Newark, N. J. 07102

Certified Criminal Trial Attorney
Board Certified Criminal Trial Advocate



973-621-0333
Fax 973-621-0080
www.CriminalTrialLawyer.com

February 22, 2022

**Via Email**
Nnanna Okoro
141 Coit Street
Irvington, NJ 07111

Re:    State v. Okoro
         S-2021-001030-0709

Dear Mr. Okoro:

Our virtual appearance in court on 2/18/22 resulting in a dismissal of the charges against you, now concludes our representation in this matter. I am confident that the result was satisfactory to you, and should you ever have any questions, please do not hesitate to contact my office.

If you have been satisfied with our representation, would you kindly consider going on Google, type in my name, and then post a review/comment. I would also appreciate your doing the same on the website www.Avvo.com. You can do so anonymously, or include your name.

The majority of new clients are as a result of referrals from existing clients. We would, therefore, appreciate your keeping us in mind to relatives, friends, acquaintances, etc., who may require the services of a lawyer in New Jersey should the need ever arise.

It was a pleasure to be of service to you, and we will now be closing out your file. Best regards.

Very truly yours,

JOSEPH D. ROTELLA

JDR/dd