# EXHIBIT F

Case 2:25-cv-02347-ES-JSA   Document 1-7   Filed 04/07/25   Page 2 of 2 PageID: 59

# IRVINGTON HEALTH DEPARTMENT



# SANITARY INSPECTION REPORT

G50 Productions, Inc.                    141 Coit St

**Name of Establishment**                                    **Address**

# SATISFACTORY

DETAILED SUPPORTING DATA SHEETS ARE AVAILABLE UPON REQUEST ON
THESE PREMISES AND AT THE IRVINGTON DEPARTMENT OF HEALTH.

| NAME OF INSPECTING OFFICIAL (Print) | DATE |
| --- | --- |
| **BAFFOUR ASARE, REHS** | 12/8/2022 |
| SIGNATURE OF INSPECTING OFFICIAL | PERMANENT REG. NO. |
| | **B102227** |
| NAME OF HEALTH OFFICER | |
| **MAYA LORDO, H.O** | |

NOTE:  In accordance with the State Sanitary Code, this "report shall be posted in a conspicuous
place near the public entrance of the establishment." Specific references in the Detail Data
Sheets are to Chapter 24 of the Sanitary Code, and/or Title 24, N.J.S.A.