# EXHIBIT G

Case 2:25-cv-02347-ES-JSA   Document 1-8   Filed 04/07/25   Page 2 of 2 PageID: 61



Certificate No. 12282022
Date: December 28, 2022
**Exp. Date: 12/31/2023**

# Health Department
## Township of Irvington, NJ

## CERTIFICATE IN SAFE FOOD HANDLING
### RENEWAL****
### NNANNA C OKORO

Successfully completed the Public Health Course in safe preparation and handling of food and the proper maintenance of the equipment and premises as required by this Department.

*Claudia Ospina*

_REHS/HEALTH INSPECTOR_