# EXHIBIT H

THIS IS AN OFFICIAL LICENSE ISSUED BY THE TOWNSHIP OF IRVINGTON

## Township of Irvington
### DEPARTMENT OF REVENUE AND FINANCE
### LICENSE BUREAU

This License Expires
December 31, 2023

2023 GO-GO, CABERET, LIVE ENT. LICENSE

LICENSE ID: L2200520   FEE: 1,067.00   DATE ISSUED: 02/14/23

CUSTOMER NAME:      G50 PRODUCTINS, INC
BUSINESS NAME:      G50 PRODUCTINS, INC
BUSINESS LOCATION: 1138 GROVE ST.

THIS LICENSE MUST BE POSTED IN PUBLIC VIEW.   NOT TRANSFERABLE

Mayor

Director

Chief License Inspector

Case 2:25-cv-02347-ES-JSA    Document 1-9    Filed 04/07/25    Page 3 of 5 PageID: 64




# Township of Irvington
# Department of Health
# (973) 416-6418

# 2023 RETAIL FOOD ESTABLISHMENT LICENSE

License ID: **2023-001650**

Issue Date: **01/11/2023**

Expiration Date: **12/31/2023**

Business Name: **G-50 PRODUCTIONS INC.**

Business Location: **1138 GROVE ST.**

Fee Paid: **$ 333.00    without Tobacco $ 333.00**

## Please note the Following:

1. This license must be displayed in Public View at the business location listed.
2. This license <u>is not</u> transferable to another business, location or individual.
3. This License must be renewed by January 31st, of the following year.



### TOWNSHIP OF IRVINGTON
### DEPARTMENT OF HEALTHAND SENIOR SERVICES

MUNICIPAL BUILDING
1 CIVIC SQUARE, IRVINGTON, NJ 07111
TEL: (973) 416-7760
FAX: (973) 416-6400

**The Honorable Tony Vauss**
Mayor

**Sonia Whyte**
Director of Health

## NOTICE OF BUSINESS LICENSE SUBMISSION/ RECIEPT

Business Name: **G50 Productions, Inc.**
Business Location: **1138 GROVE ST.**

Please be advised that: **G50 Productions, Inc.** has successfully submitted a business license application that is currently being reviewed by this office.

Type of license: **Retail Food Establishment w/out Tobacco**

Date of Payment: **01/11/2023**

**Payments**

| | |
|---|---|
| License Fee: | **333.00** |
| Processing Fee: | **0** |
| Payment Status: | **Paid** |

**Please note:**

This receipt serves as proof of payment but is not a license. All Township issued licenses are to be picked up 7 business days from the date of payment.

NOTES

## RECEIPT

DATE 1/11/23    NO. 399347

RECEIVED FROM G-50 Productions Inc.

ADDRESS 1138 Grove Street

FOR Retail Food License    $ 333.00

CK# 1174
Exp: 12/31/23

| ACCOUNT | | | HOW PAID | |
|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | |
| AMT. PAID | | | CHECK | 333 00 |
| BALANCE DUE | | | MONEY ORDER | |

BY J. Jessup

©2001 REDIFORM ® 8L806

---

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**141 COIT ST., LLC**
141 COIT ST.
IRVINGTON, NJ 07111-3388

1174

55-2/212 8726
3751353479

DATE 1/11/23

PAY TO THE ORDER OF Township of Irvington    $ 333.==

Three hundred and thirty-three — DOLLARS

WELLS FARGO    Wells Fargo Bank, N.A.
New Jersey
wellsfargo.com

FOR G50 Production

⑾000000 1174⑾ ⑆021200025⑆ 3751353479⑾