# EXHIBIT I

*Date of vote: 03-07-2023*
*Approval of Resolution: 03-21-2023*

## TOWNSHIP OF IRVINGTON
## ZONING BOARD OF ADJUSTMENT

### RESOLUTION AUTHORIZING WITHDRAWAL OF THE SUBJECT APPLICATION WITHOUT PREJUDICE

**Application No. ZB-22-101**
**G50 Productions, Inc.**
**141 Coit Street/1138 Grove Street**
**Block 222, Lots: 5, 20, and 21**
**Irvington, New Jersey**

**WHEREAS**, Application No. ZB-22-101 (hereinafter referred to as the "Application") was filed by G50 Productions, Inc. (hereinafter referred to as the "Applicant") to the Zoning Board of Adjustment of the Township of Irvington (hereinafter referred to as the "Board") seeking a d(2) use variance to expand a pre-existing non-conforming use and to permit the sale of alcohol as well as a waiver of the preliminary and final site plan requirement on the property located at 141 Coit Street/1138 Grove Street and designated as Block 222, Lots 5, 20 & 21 on the official tax map of the Township of Irvington (hereinafter referred to as the "Property"); and,

**WHEREAS**, the Applicant is represented by the Kathryn Kopp, Esq. of the Law Offices of Post Polak, 425 Eagle Rock Ave Ste 200, Roseland, NJ 07068; and,

**WHEREAS**, prior to the commencement of the hearing(s), it was discovered that there was an issue with the approval of the currently existing non-conforming use which required current investigation; and,

**WHEREAS**, as a result of said internal investigation, it has been determined that the Applicant will need to amend its current Application to seek the required Zoning Board of Adjustment approval for the underlying existing non-conforming use to which the current existing Application seeks to expand; and,

1

WHEREAS, based upon this issue(s) coming to light, the Irvington Township Zoning Board of Adjustment cannot hear the current Application as presented, and requires the Applicant to amend the existing Application before same can be heard; and,

WHEREAS, the Planning Board can grant a request and/or authorize a withdrawal without prejudice upon such terms and conditions as the BOARD deems appropriate. See, The Rules Governing the Courts of the State of New Jersey, Rule 4:37-1(b); Sansone Olds.-Cad., Inc. v Shrewsbury Bor., 211 N.J. Super. 304 (Law Div. 1986).

NOW, THEREFORE, BE IT RESOLVED by the Zoning Board of the Township of Irvington, County of Essex, State of New Jersey that the based upon the current issue(s) presented with the existing non-conforming use of the Property, and the need for the Applicant to submit an amended Application to the Zoning Board, the Zoning Board hereby authorizes the withdrawal of the Application without prejudice, subject to the following terms and conditions:

1.  The Applicant shall replenish the escrow account to cover all reasonable Township professional fees associated with the application, if any; and,

2.  Any escrow balance is to be promptly returned to the Applicant after all Township professional fees are paid.

So resolved on this 21st day of March, 2023

                                    ZONING BOARD OF ADJUSTMENT
                                    TOWNSHIP OF IRVINGTON

By: _____
                                    Chairman Bilal

Date signed:  March 21, 2023

2

**Motion and second to approve Resolution Authorizing Withdrawal of Application without Prejudice - vote taken at meeting of March 21, 2023:**

| | |
|---|---|
| Chair Bilal | X |
| Vice-Chair Beasley | X |
| Board Member Akhtab | X |
| Board Member Hogue | |
| Board Member Latonelle | |
| Board Member Taylor | X |
| Board Member Figueroa | X |
| Board Member Thomas | X |

I certify that the above Resolution is a true copy of the Resolution passed by the Township of Irvington Zoning Board of Adjustment on Tuesday, March 21, 2023.

**DORINDA FRANCIS-MCKENZIE**
**Zoning Board Secretary**
**Irvington Township**

Date signed:  March 21, 2023

3