# EXHIBIT J

# DEPARTMENT OF PUBLIC SAFETY
# ADMINISTRATIVE REPORT

To: Planning Board, Zoning Board                          Date: December 2, 2022

From: Sergeant Ramiro Rodriguez

Subject: 141 Coit Street, G50 Productions, Inc. / Plenary Retail Consumption License

Sir/Madam:

I have reviewed the application and plans submitted for 141 Coit Street, G50 Productions, Inc. regarding the permit of a plenary retail consumption license request. According to the Department of Public Safety, Police Division premise history report for 141 Coit Street (inside and outside), the following incidents were reported within the last 5 years (01/01/2017 thru 12/02/2022).

- Noise Complaints – 31
- Fights / Large Crows – 16
- Parking / Motor Vehicle Violations – 27
- Shots Fired Calls – 4
- Stolen Vehicle Reports – 4
- Covid-19 Violations Complaints – 4
- Suspicious Persons with Handgun Outside – 2
- Suspicious Persons Urinating / Drinking in Public – 2
- C.D.S. with Handgun Arrest – 1
- Warrant Arrests - 1

As a cause of action police officers were directed to continuously patrol the area of 141 Coit Street in an attempt to control and deter crime emanating from this location. Police officers conducted approximately 335 patrol checks within the last 5 years.

The sale and consumption of alcohol at 141 Coit Street will increase calls for service at this location and the number of listed incidents will rise. Therefore, the Police Division *does not* recommend a permit of a plenary retail consumption license be granted to 141 Coit Street, G50 Productions, Inc.

Respectfully Submitted,

Sergeant Ramiro Rodriguez 345

IPD: 209A [rev. 12/26/09]