# EXHIBIT K

| COURT ID | PREFIX | YEAR | COMPLAINT NUMBER | IRVINGTON MUNICIPAL COURT |
|---|---|---|---|---|
| 0709 | S23 | 2023 | 000044 | ONE CIVIC SQUARE IRVINGTON, NJ 07111-2412 (973) 399-6674 |

## The State of New Jersey
### vs.

**Defendant's Name:** First **NNANNA**  Initial  Last **OKORO**

**Address**
**1109 BURNET AVE**

| City **UNION** | | State **NJ** | Zip Code **07083-4907** | Telephone **(973) 384-5597** |
|---|---|---|---|---|
| Birth Date **05/16/1981** | Eyes **Brown** | Sex **MALE** | Weight **201 lb.** Height **5'11"** | Restriction Code **D 0** |

**Driver's License:** Number **O49225940005812**  Exp. Date **05/01/2026** State **NJ**  ☐ Commercial License

**Email** **CHELSEANKO@YAHOO.COM**  Ethnicity **N**  Race **B**

**STATE OF NEW JERSEY**
**COUNTY OF ESSEX**

Complaining Witness:  **SHAWN STEWART**
Name

of **IRVINGTON POLICE DEPT**
Identify Dept./Agency Represented
at **PUBLIC SAFETY BLDG CIVIC SQUARE/RECORD, IRVINGTON, NJ 07111**

by certification or on oath, says that to the best of their knowledge or information and belief,

the named defendant on or about the  **07/01/2023 01:27 AM**
Month/Day/Year Time

in **IRVINGTON TWP**  County of **ESSEX**  , N

did commit the following offense:

*WITHIN THE JURISDICTION OF THIS COURT, DID PERMIT AN EVENT AT 141 COIT STREET WITHOUT BEING duly licensed for such purpose, IN VIOLATION OF IRVINGTON TOWN ORDINANCE 253-2.*

In violation of **253-2**

**PERMITTING DANCING IN UNLICENSED PUBLIC DANCE HALL**
Statute, Regulation or Ordinance Number

Municipality Code: **0709**  Location: **141 COIT STREET**

Police Case Number: **CC23005213**

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

| 07/01/2023 | SHAWN STEWART | 0538 | 0709 |
|---|---|---|---|
| Date | Electronic Signature | Officer ID | Agency |

The complaining witness is a law enforcement officer or a code enforcement officer with territorial and subject matter jurisdiction and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

YOU ARE HEREBY SUMMONED TO APPEAR
before this court to answer this complaint. If you fail to appear on the date and at the time stated, a financial sanction may be imposed, a warrant may be issued for your arrest, or both.

## NOTICE TO APPEAR

| ☑ COURT APPEARANCE REQUIRED | Court Date: Month/Day/Year **07/08/2023** | Court Tir **09:00 AM** |
|---|---|---|

**1. PLEA OF NOT GUILTY**
If you wish to plead not guilty to the offense on this Complaint-Summons, you must notify the cour whose address and telephone number are shown above, at least 5 days prior to the court date listed on this Complaint-Summons. **Please confirm with the court your contact information including your email address and telephone number** If you fail to notify the court, it may be necessary for you to make additional court appearances