# EXHIBIT L

**Township of Irvington
Dept. of Housing & Building
Tharien K. Arnold, Director
1 Civic Square
Irvington, NJ 07111
(973) 416-5732 (Zoning Office)**



**Tony Vauss
Mayor**

**John Sowell
Zoning Officer**

Friday, July 7th, 2023

| |
|---|
| **Notice to Cease & Desist by Friday, July 14th, 2023 for 141 Coit Street** |

Nnanna C. Okoro, Registered Agent
G50 Productions, Inc.
158 Myrtle Avenue
Irvington, NJ 07111

As the Registered Agent of G50 Productions, Inc., please accept this letter as a "**Cease & Desist Notice** (hand delivered/posted on the above date at the address below) from operating an unauthorized, illegal "Event Center/Rental Hall in an M-I District at 1138 Grove Street, AKA 141 Coit Street, Block 222, Lot 5.

**You are being ordered to Cease & Desist for the following reason:**

- You appeared before the Zoning Board of Adjustment on July 2nd and September 16th, 2014 for a variance to operate a Banquet Hall at this location. The **Variance Application was denied** by the Board a copy of the board resolution is attached. You subsequently contacted Mr. Derrick James the Township's former Zoning Officer who granted you Approval which is illegal. The New Jersey Municipal Land Use Law (MLUL) does not allow nor permit the Zoning Officer to overrule the Zoning Board of Adjustment therefore what you did and what you accepted is illegal and it must be corrected.

**We will allow you until Friday July 14th, 2023 to cease your operation. If we find that you are operating the facility beyond that date we will issue a "Zoning Code Violation" Summons and impose a $250 per day fine to start from the date of this notice.**

Thank you for your compliance and cooperation.

Respectfully,

*John Sowell*

John Sowell, Zoning Officer
Township of Irvington

cc:    Kyana Woolridge, Director Comm Devel/Planning        kwoolridge@irvingtonnj.org
       Musa Malik, Business Administrator                   mmalik@irvingtonnj.org
       Ramon Rivera, Esq., Township Attorney                rrivera@irvingtonnj.org
       Omar Bilal, Chairman – Zoning Board of Adjustment     ojb291@yahoo.com