# EXHIBIT O

| **Complaint Number:** S23-2023-000121-0709 | | **Irvington municipal court** | **Court Code:** 0709 |
|---|---|---|---|

**Name:** NNANNNA  OKORO
**Address:** 158 MYRTLE AVENUE
**Apt:**
**City:** IRVINGTON  **State:** NJ  **Zip:** -07111-0000
**Telephone:**  **Type:** PHONE
**Email:**
**License #:**
**License State:** NA  **Expiration Date:**
**Date of Birth:**
**Sex:**  **Eyes:**
**Weight:**  **Height:**
**Race:** B - Black or African American
**Hispanic or Latinx?** U - Unknown

**Agency/Officer ID:** 0709 - IRVINGTON POLICE DEPT. / 0534 - TODD  HACKETT
**Offense:** 355-13A
**Description:** CERTIFICATE OF OCCUPANCY REQUIRED

**Offense Date & Time:** 10/15/2023  at  11:35 PM
**Location:** 141 COIT STREET
**Issued Date:** 10/15/2023
**Municipality of Offense:** 0709  - Irvington twp
**Narrative:** Within the jurisdiction of this court, remained open after being advised on june 7, 2023 to remain permenantly shutdown.

## First Appearance, Arraignment & Counsel Information

1st Appearance Date ___/___/___ Arraignment Date ___/___/___
☐ **Advised of Rights**  Defendant desires Counsel
By: _____ ☐ Yes ☐ No
Counsel:
  Assigned: ☐ Yes ☐ No  Name: _____
  (if Yes, name of counsel)
  Retained: ☐ Yes ☐ No  Name: _____
  (if Yes, name of counsel)
  Waived: ☐ Yes ☐ No  Name: _____
  (if Yes, name of Judge accepting waiver)
Name of Prosecuting Attorney: _____
Affiliation: ☐ Municipal ☐ County ☐ State ☐ Private

## Court Action

Complaint Amended To: _____

**Final Plea:** ☐ Guilty ☐ Not Guilty  **Date:** ___/___/___

**Finding:** ☐ Guilty ☐ Not Guilty
  ☐ Dismissed (reason) _____
☐ Civil Reservation  ☐ Voided

**Sentence:**
Fine: $_____  Costs: $_____  Sanctions: $_____
VCCO: $_____  DWI: $_____  SNSF: $_____
Other: $_____  DAEF: $_____  Total: $_____
Period of DL Suspension/Forfeiture: _____ mo/yrs
or ☐ Indeterminate
☐ Advised of Enhanced Penalties
IDRC: _____  Comm. Service: _____
Ignition Interlock: _____ mo/yrs.
Jail Term: _____  Jail Credit: _____

## Court Information

Court Date: 12/04/2023  Court Time: 09:30 AM
Court Appearance Required: Yes

### Bench Warrant/Bail Information

Failed to Appear Date: ___/___/___
Warrant Date: ___/___/___  Ordered by: _____
  (Signature and Title of person issuing warrant)
Bail Amount: $_____  Set by: _____
  (Name & Title)
☐ Forfeited  ☐ Return  ☐ Reinstated

Date: ___/___/___ s/ _____
  (Signature of Judge)

### Judge's Notes

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| Adjournment Requested by | Reason | To |
|---|---|---|
|  |  | / / |
|  |  | / / |

☐ See attached sheet for additional Judge's notes or other information.

Signature of Judge: _____  Dated: ___/___/___

Revised: 01/2022, CN: 12863