# EXHIBIT P

## Case overview

| Court | Case | Defendant name | Case status |
|---|---|---|---|
| 0709 - Irvington municipal court | S23 2023 000044 | NNANNA OKORO | Disposed |

| Case type | Warrant status | Active warrant | Bail status |
|---|---|---|---|
| Complaint | —— | No | —— |

| Eligible for bail waiver | Time payment | Domestic violence | Related cases |
|---|---|---|---|
| —— | No | No | No |

| Lead complaint |
|---|
| —— |

## Case Summary

### Defendant Information

| Name | Date of birth | DL number/state | Social security number |
|---|---|---|---|
| NNANNA OKORO | 05/16/1981 | O49225940005812 NJ | —— |

| SBI number | Gender | Address | Phone |
|---|---|---|---|
| —— | Male | 1109 burnet ave Union NJ 07083 - 4907 | Cell - (973) 384-5597 |

| Military | Finger print indicator | Hispanic or Latinx ? | Race |
|---|---|---|---|
| No | —— | N - No | B - Black or African American |

| Elected official | Email address | | |
|---|---|---|---|
| —— | CHELSEANKO@YAHOO.COM | | |

### Offense Information

| Offense Date/Time | Issue date | No. of offenses | Police case number |
|---|---|---|---|
| 07/01/2023 01:27 AM | 07/01/2023 | 1 | CC23005213 |

| Agency ID | Officer ID | Arrest date | Municipality of offense |
|---|---|---|---|
| 0709 - Irvington police dept. | 0538 - Shawn stewart | —— | 0709 - Irvington twp |

| Death/Serious bodily injury | Dora date | Sora date | PG case/defendant number |
|---|---|---|---|
| No | —— | —— | —— |

| Assigned agency | Appeal status | Appeal date | Location |
|---|---|---|---|
| —— | —— | —— | 141 coit street |

### Charges

| Count | Charges | Auxiliary offense | Finding | Finding date |
|---|---|---|---|---|
| 1 | 253-2- Permitting dancing in unlicensed public dance hall - Degree 0 | —— | D - DISM - PROSECUTORIAL DISCR | 12/13/2023 |


New Jersey Courts
Independence • Integrity • Fairness • Quality Service