# EXHIBIT Q

```
IRVINGTON TWP           NJ AUTOMATED COMPLAINT SYSTEM         04/17/2024
CMM0220                 CHARGE DISPOSITION MAINTENANCE            11:49

COMPLAINT NO : S23 2023 000121   COURT CODE: 0709    COURT DATE: 04 16 2024
DEFENDANT    : NNANNNA       OKORO           COMP STATUS    : DISP
CHARGE SEQ   : 001  CHARGE STATUS: DISP  RELATED COMP:   METHOD OF DISP:
OFFENSE: 355-13A     ACSX:   AUXILIARY OFFENSE:             MILITARY: N
DESC    : CERTIFICATE OF OCCUPANCY REQUIRED             DRUG CODE:
PLEA    : 9 PLEA DT: 04 17 2024 DISP DT: 04 17 2024 FINDING: 6 MODIFY TYPE:
CONDITIONAL STATUS:  AMENDED OFFENSE:              LICENSE SURRENDERED:
AMENDED OFFENSE DESC:
SENTENCE         TERMS CODE       DURATION      TERMS STATUS    SERVED CREDIT
1.               1.               1.            1.              1.
2.               2.               2.            2.              2.
3.               3.               3.            3.              3.
---------AMOUNT-----------AMOUNT--CODE-------AMOUNT--CODE-------AMOUNT--CODE--
FINE:            1.               2.                3.
COST:            4.               5.                6.
                 7.               8.                9.
                10.              11.               12.

DISP COMMENTS:

SENTENCE CODE FSUS,CSUS,& FCSU REQUIRE A "AF/AM" PAYMENT
ENTER-MOD DISP  PF1-GET NXT DISP  PF2-MOD TPAY ORD  PF9-DEL DISP  PF3-CRT TPAY
```