# EXHIBIT R

# JOHN C. UYAMADU LLC
## ATTORNEY AT LAW

John C. Uyamadu [1,2,3,4,5]

1. *Certified by the Supreme Court of N.J. as a Civil Trial Attorney*
2. *Licensed in New Jersey*
3. *Licensed in New York*
4. *Licensed in Connecticut*
5. *Admitted in U.S. District Court*

2 Ridgedale Avenue, Suite 355
Cedar Knolls, NJ 07927

Tel: (855) 722-5110
Fax: (800) 630-3816

johnu@jculawoffice.com

Our File No.: 24-JCU-0583

March 19, 2024

Certified Mail RRR 7022 0410 0001 4372 4867
Clerk of The
Township of Irvington
1 Civic Square
Irvington, NJ 07111

RE:    Notice of Claim to The Township of Irvington

Dear Sir/Madam:

This Law Firm represents the Claimant(s), Mr. Nnanna Okoro and G50 Productions, Inc. Enclosed please find a completed Notice of Claim with attachments labeled Exhibits A, B, and C. Please provide feedback within the time allowed by law. All communication with the Claimant should be directed to this Law Firm. Thank you.

Very truly yours,

*John C. Uyamadu*

John C. Uyamadu

JCU/
Enclosure
cc:    Mr. Nnanna Okoro (w/enc.)