# EXHIBIT S

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CLERK
TOWNSHIP OF IRVINGTON
1 CIVIC SQUARE
IRVINGTON, NJ 07111

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 6163 0220 6240 46

2. Article Number (Transfer from service label)

7022 0410 0001 4372 4867

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
A. Williams

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

USPS TRACKING #

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 6163 0220 6240 46

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

NNANNA OKORO

• Sender: Please print your name, address, and ZIP+4® in this box•

JOHN C. UYAMADU, ESQ
2 RIDGEDALE AVE
SUITE 355
CEDAR KNOLLS, NJ 07111

07927-110080