

20250409173608

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |

SERVICE OF:
EFFECTED (1) BY ME:    **LETTER, SUMMONS AND COMPLAINT, NOTICE REGARDING THE PRESERVATION OF ELECTRONICALLY STORED INFORMATION, CERTIFICATION, EXHIBITS**
TITLE:    **HUGO GOMEZ**
    **PROCESS SERVER**

DATE: **4/11/2025 10:25:17 AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

IRVINGTON TOWNSHIP, C/O CLERK OF THE TOWNSHIP OF IRVINGTON

Place where served:

NEXT BUILDING OVER NOT 1 CIVIL SQUARE  IRVINGTON

[ X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SHAWNA SUPEL

Relationship to defendant    **CUSTODIAN OF RECORDS**

Description of Person Accepting Service:

SEX:F____  AGE:36-50_  HEIGHT: 5'4"-5'8"____    WEIGHT: 131-160 LBS.____    SKIN:OLIVE_____    HAIR:BLACK____  OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL$ _____.____                SERVICES $_____.____                TOTAL $_____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Served Data:**
Subscribed and Sworn to me this

11th day of April, 2025

Notary Signature_____

Rosemary Ramos                September 25th, 2028
Name of Notary                My Commission Expires

*[Notary seal: ROSEMARY RAMOS, My Commission Expires, NOTARY PUBLIC, September 25 2028, STATE OF NEW JERSEY]*

I, HUGO GOMEZ,
was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Process Server            04/11/2025
                    Date

ATTORNEY:    JOHN C. UYAMADU, ESQ.
PLAINTIFF:    G50 PRODUCTION, INC., ET AL
DEFENDANT:   IRVINGTON TOWNSHIP, ET AL
VENUE:    DISTRICT
DOCKET:    2 25 CV 02347 ES JSA
COMMENT: