**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

G50 PRODUCTION, INC., 141 COIT STREET, LLC, and CHARLES N. OKORO,

Plaintiffs,

v.

IRVINGTON TOWNSHIP, *et al.*,

Defendants.

Civil Action No. 25-2347 (ES) (JSA)

ORDER

**SALAS, DISTRICT JUDGE**

Before the Court is Defendants' motion to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (D.E. No. 8 ("Motion")). The Court, having carefully considered the parties' submissions in support and in opposition to the Motion, decides Defendants' Motion without oral argument. *See* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b). For the reasons set forth in the Court's accompanying Opinion,

**IT IS** on this 30th day of March 2026,

**ORDERED** that Counts One, Four, and Twelve are deemed **WITHDRAWN**; and it is further

**ORDERED** that Defendants' motion to dismiss Counts One, Four, and Twelve (D.E. No. 8) is **DENIED** as moot; and it is further

**ORDERED** that Defendants' motion to dismiss Counts Six and Thirteen (D.E. No. 8), is **GRANTED**; and it is further

**ORDERED** that Counts Six and Thirteen of Plaintiffs' Complaint are **DISMISSED** *without prejudice*; and it is further

**ORDERED** that Plaintiffs shall file an amended complaint that reflects their withdrawal of Counts One, Four, and Twelve; and it is further

**ORDERED** that Plaintiffs may cure the deficiencies noted herein with respect to Counts Six and Thirteen in an amended complaint on or before April 29, 2026; and it is further

**ORDERED** that any amended pleading shall include all facts known to Plaintiffs at this juncture; and it is further

**ORDERED** that failure to cure the deficiencies noted herein may result in the dismissal of Plaintiffs' claims *with prejudice*; and it is further

**ORDERED** that the Clerk of Court shall **TERMINATE** docket entry number 8.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**

2