

9 CAMPUS DRIVE, PARSIPPANY, NJ 07054
TEL: 973.451.9600   FAX: 973.451.0150   WWW.KBRLAW.COM

April 20, 2026

DIANA-MARIE LAVENTURE
DIRECT: 646.367.6901
DMLAVENTURE@KBRLAW.COM

VIA ECF FILING

Magistrate Judge Jessica S. Allen
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

Re:   G50 Production et al. v. Township of Irvington, et al.
      Case No.   :   2:25-cv-2347

Dear Judge Allen:

This office represents the Township of Irvington, John Sowell, Township of Irvington Police Department, Shawn Stewart, Ramiro Rodriguez, and Juan Owens in this matter. We write in response to the Court's Scheduling Order requesting that the parties provide a joint status letter.

Defendants deposed Plaintiff and Plaintiff deposed a fact witness. Plaintiff still wishes to depose at least three other witnesses. Due to scheduling conflicts, the parties have unable to schedule those depositions, but are actively working to schedule and complete them. The parties respectfully request that the Court extend fact discovery to July 1.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

*D. Laventure*

Diana-Marie Laventure

cc: John Uyamadu, Esq.
(via efile)

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA