# EXHIBIT H

**THIS IS AN OFFICIAL LICENSE ISSUED BY THE TOWNSHIP OF IRVINGTON**

# Township of Irvington
## DEPARTMENT OF REVENUE AND FINANCE
### LICENSE BUREAU

This License Expires
December 31, 2023

2023 GO-GO, CABERET, LIVE ENT. LICENSE

LICENSE ID: L2200520   FEE: 1,067.00   DATE ISSUED: 02/14/23

CUSTOMER NAME:     G50 PRODUCTINS, INC
BUSINESS NAME:     G50 PRODUCTINS, INC
BUSINESS LOCATION: 1138 GROVE ST.

THIS LICENSE MUST BE POSTED IN PUBLIC VIEW.   NOT TRANSFERABLE

_____
Mayor

_____
Director

_____
Chief License Inspector

Case 2:25-cv-01264-JXN-JSA Document 26-5 Filed 04/04/29/26 Page 3 of 5 PageID: 380

 

# Township of Irvington
# Department of Health
# (973) 416-6418

# 2023 RETAIL FOOD ESTABLISHMENT LICENSE

License ID:  **2023-001650**

Issue Date:  **01/11/2023**

Expiration Date:  **12/31/2023**

Business Name:  **G-50 PRODUCTIONS INC.**

Business Location:  **1138 GROVE ST.**

Fee Paid:  **$ 333.00    without Tobacco $ 333.00**

## Please note the Following:
1. This license must be displayed in Public View at the business location listed.
2. This license **is not** transferable to another business, location or individual.
3. This License must be renewed by January 31st, of the following year.



TOWNSHIP OF IRVINGTON
DEPARTMENT OF HEALTHAND SENIOR SERVICES

MUNICIPAL BUILDING
1 CIVIC SQUARE, IRVINGTON, NJ 07111
TEL: (973) 416-7760
FAX: (973) 416-6400

**The Honorable Tony Vauss**                                      **Sonia Whyte**
Mayor                                                            Director of Health

## NOTICE OF BUSINESS LICENSE SUBMISSION/ RECIEPT

Business Name: **G50 Productions, Inc.**
Business Location: **1138 GROVE ST.**

Please be advised that: **G50 Productions, Inc.** has successfully submitted a business license application that is currently being reviewed by this office.

Type of license: **Retail Food Establishment w/out Tobacco**

Date of Payment: **01/11/2023**

**Payments**

License Fee:           **333.00**
Processing Fee:        **0**
Payment Status:        **Paid**

**Please note:**

This receipt serves as proof of payment but is not a license. All Township issued licenses are to be picked up 7 business days from the date of payment.

NOTES

## RECEIPT

DATE 1/11/23  NO. 399347

RECEIVED FROM G-50 Productions Inc.

ADDRESS 1138 Grove Street

FOR Retail Food License  $ 333.00

CK# 1174

Exp: 12/31/23

| ACCOUNT | | | HOW PAID | |
|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | |
| AMT. PAID | | | CHECK | 333 00 |
| BALANCE DUE | | | MONEY ORDER | |

BY J. Jessup

©2001 REDIFORM ® 8L806

---

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**141 COIT ST., LLC**
141 COIT ST.
IRVINGTON, NJ 07111-3388

1174

55-2/212 8726
3751353479

DATE 1/11/23

PAY TO THE ORDER OF Township of Irvington  $ 333.==

Three hundred and thirty-three ———— DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
New Jersey
wellsfargo.com

FOR G50 Production

⑈000000 1174⑈ ⑊0 21 2000 25⑊ 375 13 53 4 79⑈